USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/23/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

POTAMKIN NEW YORK, LP, ET AL.,

              Plaintiffs,         11 Civ. 6515 (JGK) (GWG)

    - against -                   <u>ORDER</u>

GEM AUTO BROKERS INC.,

              Defendant.

---

JOHN G. KOELTL, District Judge:

    The defendant, Gem Auto Brokers Inc., defaulted in this action and the Court determined that the plaintiffs are entitled to a default judgment. The Court referred the matter to Magistrate Judge Gorenstein for an inquest on damages. Magistrate Judge Gorenstein issued a Report and Recommendation dated April 30, 2012. No party has filed any objections to the Report and Recommendation and the time for filing such objections has passed. In any event, the Court has reviewed the Report and Recommendation and it is well founded. The Court therefore adopts the Report and Recommendation.

    The Clerk is directed to enter judgment in favor of the plaintiffs Potamkin New York, LP and Potamkin HY New York, LLC and against the defendant Gem Auto Brokers, Inc. in the amount of $672,379, plus pre-judgment interest at the rate of $165.80 per day from August 15, 2011 until the date of entry of the judgment, plus costs in the amount of $473.53. The Clerk is

also directed to dismiss Eleventh Avenue Automotive, LLC as a plaintiff.

    SO ORDERED.

Dated:    New York, New York
           May 23, 2012

                                    John G. Koeltl
                            United States District Judge